Print Form

Name: MARK A. Apodaca

Address: 1948 D. Cooley Rd. EL Centro, CA. 92243-9737

Telephone Phone: 442-456-2990

Email: apodaca_tony@hotmail.com

FILED

Aug 04 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ soniad          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Mark A. Apodaca

Plaintiff(s),

v. Deputy Bryan Weimer and Imperial County Sheriff's Dept.

Defendant(s).

Case No.: **'21 CV 1402 DMS WVG**

(assigned at time of filing)

**COMPLAINT**

I.  **RELATED CASES**

   a.  Do you have other Civil Case(s) in this or any other federal court?

       ☐ Yes       ☒ No

   b.  If yes, please list the case numbers here:

II.  **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

On 11-18-015

I mark Apodaca was peacefully at my monthers house in my own room. When at about noon time I heard Loud knowking on my Front door of the house. Then I heard the voice of one of the deputies saying, Mark come on out and repeating it over and over, so I came out to find out what was going on outside my yard. Deputy Weimer asked me if I was Mark Apodaca, I then ask why were there on my property without any good cause or if they had a warrent on them. He then stated to me that he did not need a worrent because the Fence gate out Front was already opened. I then said to him I was Mark Apodaca. Deputy Weimer asked me For an ID card, while his partner Manuel Cacatian was witnessing everything going on. His badge no. is 674. Next, Deputy Weimer told me he was also there to issue me a protective order and gave it to me. I then ask what kind of probable cause did he have to be issuing such order. Mr. Weimer said it was signed and issed by a Judge. He then told me to turn around "you are under arrest". He place two pairs of Handcuffes on my wrest behind my Back. He then made a remark about our female Dog, which was very unprofessional and Uncalled For at this present time. He asked why did my dog have tit's hanging Loose Like that and stated is she a Bitch that just had pupies. And started to Laugh very hard. He than took me away to the County Jail to Book me, without any strong Evidence that I committed any type of Crime.

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

I want to be repaid in total amount of $25,500 dollars for damages caused by M. Bryon Weimer and His Department, that he currently Works For. This amount is For $1000 dollars for every day I SpenT in JaiL; 22 day's. Plus my attorney's fees totaling $3,500 dollar's. I would Like to have this case over-turned because, it has damaged my reputation on all Criminal recorDS. It is in Violation of State penal Code 148.5 (a)

3

**IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

        ☐ Yes        ☒ No

I declare under penalty of perjury that the foregoing is true and correct.

9-25-2018
Date

_Mark A Apodaca_
Signature

Mark A. Apodaca
Printed Name

4



# Imperial County Sheriff's Office

Incident Report for Incident 1511-1894

|  |  |
|---|---|
| **Nature:** Elder Abuse | **Address:** 1948 D COOLEY RD |
| **Location:** 6 | El Centro CA 92243 |

**Offense Codes:** AELD
**Received By:** Martinez,Sylvia    **How Received:** T    **Agency:** AISO
**Responding Officers:** Weimer, Bryan, Cacatian,Manuel
**Responsible Officer:** Weimer, Bryan    **Disposition:** CAA 11/18/15
**When Reported:** 10:36:07 11/18/15    **Occurred Between:** 10:36:00 11/18/15 and 10:36:00 11/18/15

**Assigned To:**    **Detail:**    **Date Assigned:** \*\*/\*\*/\*\*
**Status:**    **Status Date:** \*\*/\*\*/\*\*    **Due Date:** \*\*/\*\*/\*\*

**Complainant:** 106177
**Last:** COCOVA    **First:** MARIAH    **Mid:** REHTAEH
**DOB:** 02/02/94    **Dr Lic:**    **Address:** 880 W HAMILTON
**Race:** H    **Sex:** F    **Phone:** (760)234-5683    **City:** El Centro, CA 92243

## Offense Codes

**Reported:** AELD Abuse - Adult/Elder    **Observed:** AELD Abuse - Adult/Elder
**Additional Offense:** AELD Abuse - Adult/Elder

## Circumstances

LT20 Residence/Home

**Responding Officers:**    **Unit :**
Weimer, Bryan    618
Cacatian,Manuel    674

**Responsible Officer:** Weimer, Bryan    **Agency:** AISO
**Received By:** Martinez,Sylvia    **Last Radio Log:** 14:44:24 11/18/15 CMPLT
**How Received:** T Telephone    **Clearance:** R Report taken (W)
**When Reported:** 10:36:07 11/18/15    **Disposition:** CAA Date: 11/18/15
**Judicial Status:**    **Occurred between:** 10:36:00 11/18/15
**Misc Entry:**    **and:** 10:36:00 11/18/15

**Modus Operandi:**    **Description :**    **Method :**

## Involvements

11/19/15

**1**



# Imperial County Sheriff's Office

Incident Report for Incident 1511-1894

---

**Nature:** Elder Abuse                                    **Address:** 1948 D COOLEY RD
**Location:** 6                                                        El Centro CA 92243

---

**Offense Codes:** AELD
**Received By:** Martinez,Sylvia          **How Received:** T                     **Agency:** AISO
**Responding Officers:** Weimer, Bryan, Cacatian,Manuel
**Responsible Officer:** Weimer, Bryan          **Disposition:** CAA 11/18/15
**When Reported:** 10:36:07 11/18/15     **Occurred Between:** 10:36:00 11/18/15 and 10:36:00 11/18/15

---

**Assigned To:**                          **Detail:**                           **Date Assigned:** **/**/**
**Status:**                               **Status Date:** **/**/**             **Due Date:** **/**/**

---

**Complainant:** 106177
    **Last:** COCOVA          **First:** MARIAH              **Mid:** REHTAEH
    **DOB:** 02/02/94          **Dr Lic:**                   **Address:** 880 W HAMILTON
    **Race:** H     **Sex:** F   **Phone:** (760)234-5683       **City:** El Centro, CA 92243

## Offense Codes
    **Reported:** AELD Abuse - Adult/Elder          **Observed:** AELD Abuse - Adult/Elder
**Additional Offense:** AELD Abuse - Adult/Elder

## Circumstances
    LT20 Residence/Home

**Responding Officers:**                          **Unit :**
    Weimer, Bryan                              618
    Cacatian,Manuel                            674

**Responsible Officer:** Weimer, Bryan          **Agency:** AISO
**Received By:** Martinez,Sylvia               **Last Radio Log:** 14:44:24 11/18/15 CMPLT
**How Received:** T Telephone                 **Clearance:** R Report taken (W)
**When Reported:** 10:36:07 11/18/15           **Disposition:** CAA Date: 11/18/15
**Judicial Status:**                          **Occurred between:** 10:36:00 11/18/15
**Misc Entry:**                                        **and:** 10:36:00 11/18/15

**Modus Operandi:**                          **Description :**                     **Method :**

---

## Involvements

## Narrative
Crime Classification:   368(b)(1) P.C., Elder Abuse
                                           Felony

Audio      Uploaded:    Yes
Pictures Uploaded:    No

Narrative:

On Wednesday, 11/18/15, at 1036 hours, I (Deputy Bryan Weimer) was in full uniform driving a marked Imperial County Sheriff's patrol vehicle. I was dispatched to the front lobby of the Sheriff's Office, located at 328 Applestill Road, in reference to a possible elder abuse, which was past occurred.

Upon arrival I spoke to Mariah Cocova, who told me she is the granddaughter of Elena Maria Apodaca. Cocova stated that at approximately 0720 hours, Elena arrived at her residence to babysit her child, while she went to Imperial Valley College (IVC) for a class. Prior to Cocova leaving her residence, Elena told her that Elena's son, Mark Anthony APODACA, had recently grabbed her, squeezed her, and shook her violently. Cocova advised me she is concerned for the safety of Elena, because of previous incidents involving Elena and APODACA. Cocova told me the incidents have increased in severity over time. I asked where Elena was at so I could speak to her. Cocova advised me that Elena was still at her residence, located at 880 Hamilton Street.

I drove to 880 Hamilton Street and Deputy Cacatian arrived at approximately the same time. I spoke to Elena via translation with Deputy Cacatian. Elena told me that on Wednesday 11/11/15, at approximately 0400 hours, she woke up to make coffee. Elena said there was a large fan on and she yelled to her son APODACA to turn the fan off because it is no longer needed. Elena also said he does not pay the bills. Elena stated APODACA got up and began yelling at her that she should never wake him up for any reason. Elena stated APODACA then entered the kitchen where she was, and then wrapped both of his arms around her, picking her up off the ground, squeezed her tightly and shook her violently. APODACA was shaking her for what she believed to be five minutes. Elena told me that APODACA was yelling in her ear the entire time. APODACA yelled in her ear something to the affect of, This is to teach you a lesson and make you understand that you can not wake me up. APODACA continued to yell and shake Elena to the point where Elena said she was unable to breathe. Elena advised that she did not blackout or lose consciousness.

Elena said she was finally let go and was able to stand up. Elena was in fear that APODACA would harm her and was in fear of her life.  Elena said she grabbed a kitchen knife in self defense. Elena then told APODACA, "Before you kill me, I will make sure that I mark you so that they know that it's you". APODACA yelled at her some more and left the kitchen and went back to his room. I asked if there were any further incidents. Elena told us that a few hours later when APODACA woke up, he yelled some more, but no other physical altercation. I did not see any visible injuries on Elena and she declined medical attention. I asked why Elena did not call the Sheriff's Office at the time of the incident. Elena said, she was embarrassed because it was very early on a holiday, and also embarrassed because the Sheriff's are always at her residence for various reasons, including previous threats from APODACA.

I advised Senior Deputy Beltran of the situation. Senior Deputy Beltran contacted Adult Protective Services (APS).  I contacted the on-call Judge and spoke to Judge Lehman. I advised Judge Lehman of the situation. At 1213 hours, an emergency protective order

(EPO) was granted and will expire on 11/25/15, at 1700 hours. Julie Montano, who works for APS, arrived on scene to assist.

Deputy Cacatian and I drove to 1948 "D" Cooley Road in attempt to speak to APODACA. APODACA answered the door. We identified ourselves as Deputy Sheriffs and advised the reason we were there. APODACA spontaneously stated, "I only had an argument the other day with my mother because she woke me up early in the morning". APODACA claimed that he did not do anything it must be his brother that we were looking for. APODACA's identity was verified by presenting a California Driver's License. I provided a copy of the EPO to APODACA, and told him he was not able to contact Elena or he would be arrested. I placed APODACA under arrest for violation 368 (b)(1) P.C., Elder Abuse.

I transported APODACA to the ICSO interview room for questioning. I used a digital voice recorder and I read APODACA his Miranda Rights verbatim, from a card issued to me by the Imperial County District Attorney's Office. APODACA understood his Rights and requested to speak to a lawyer. I did not ask any questions about the incident. APODACA was subsequently booked into the ICSO Jail for processing.

Case Status: Closed due to adult arrest.


End of Report///


_____

Responsible LEO:


_____

Approved by:


_____

Date

## Arrest Information:

Booking Number: 962647                    Name Number: 238557

| | | | |
|---|---|---|---|
| Name: | APODACA, MARK ANTHONY | Address: | 1948 COOLEY RD; D |
| Phone: | (442)236-4311 | | El Centro, CA 92243 |
| DOB: | 12/16/68 | Dr Lic: | C5824436 |
| Location: | ICSO-JAIL-RADF-G -L3A | Tmp Location: | ICSO-JAIL-RADF-G -L3A |
| Booking Date: | 11/18/15 | | |

| | | | | | |
|---|---|---|---|---|---|
| Arrest Number: | 1 | Time/Date: | 14:24:00 11/18/15 | Agency: | AISO |
| Age at Arrest: | 46 | Location: | 1948 D COOLEY RD | Officer: | WEIMER |
| Arrest Type: | TAKE | Area: | ELCE | Reference: | 1511-1894 |
| Disposition: | 4 | | | | |

**APPLICATION FOR EMERGENCY PROTECTIVE ORDER (CLETS)**    EPO-001

(Name): ELENA MARIA APODACA has provided the information in items 1-5.

LAW ENFORCEMENT CASE NUMBER: 1511-1894

1. PERSON(S) TO BE PROTECTED (insert names of all persons to be protected by this order):

2. PERSON TO BE RESTRAINED (name): MARK ANTHONY APODACA  12/16/68

Sex: ☒ M ☐ F  Ht.: 5-09  Wt.: 200  Hair color: BLK  Eye color: BRO  Race: HISP  Age: 47  Date of birth: 12/16/68

3. The events that cause the protected person to fear immediate and present danger of domestic violence, child abuse, child abduction, elder or dependent adult abuse (other than **solely financial abuse**), or stalking (including workplace violence or civil harassment) are (give facts and dates; specify weapons): VICT TOLD SUSP TO TURN OFF FAN BECAUSE HE DOESN'T PAY BILLS. SUSP WALKED INTO KITCHEN WHILE V ELLING AND WRAPPED BOTH ARMS AROUND VICT TO POINT OF VICT UNABLE TO BREATHE. VICT WAS SQUEEZED AND SHOOK FOR FIVE MINUTES BEFORE BEING RELEASED

4. ☒ The person to be protected lives with the person to be restrained and requests an order that the restrained person move out immediately from the address in item 9.

5. a. ☐ The person to be protected has minor children in common with the person to be restrained, and a temporary custody order is requested because of the facts alleged in item 3. A custody order ☐ does ☒ does not exist.

   b. ☐ The person to be protected is a minor child in immediate danger of being abducted by the person to be restrained because of the facts alleged in item 3.

6. ☐ A child welfare worker or probation officer has advised the undersigned that a juvenile court petition
   ☐ has already been filed.    ☐ will be filed.    ☐ will NOT be filed.

7. ☒ Adult Protective Services has been notified.

8. Phone call to (name of judicial officer): JUDGE LEHMAN    on (date): 11/18/15  at (time): 1213
   ☒ The judicial officer granted the Emergency Protective Order that follows.

By: DEPUTY WEIMER
   (PRINT NAME OF LAW ENFORCEMENT OFFICER)    (SIGNATURE OF LAW ENFORCEMENT OFFICER)

Agency: IMPERIAL COUNTY SHERIFFS    Telephone No.: (442)265-2105  Badge No.: 618

**EMERGENCY PROTECTIVE ORDER** (See reverse for important notices)

9. To restrained person (name): MARK ANTHONY APODACA  12/16/68
   a. ☒ You must not contact, molest, harass, attack, strike, threaten, sexually assault, batter, telephone, send any messages to, follow, stalk, destroy any personal property, or disturb the peace of each person named in item 1.
   b. ☒ You must  ☒ stay away at least 100 yards from each person named in item 1.
      ☒ stay away at least 100 yards from  ☐ move out immediately from
      (address):

10. ☐ (Name): 1948 "D" COOLEY RD ELCEN is given temporary care and control of the following minor children of the parties (names and ages):

11. Reasonable grounds for the issuance of this order exist and an emergency protective order is necessary to prevent the occurrence or recurrence of domestic violence, child abuse, child abduction, elder or dependent adult abuse, or stalking (including workplace violence or civil harassment).

12. THIS EMERGENCY PROTECTIVE ORDER WILL EXPIRE AT 5:00 P.M. ON: 11/25/15

13. To protected person: If you need protection for a longer period of time, you must request restraining orders at (court name and address):
    INSERT DATE OF FIFTH COURT DAY OR SEVENTH CALENDAR DAY, WHICHEVER IS EARLIER; DO NOT COUNT DAY THE ORDER IS GRANTED.

**PROOF OF SERVICE**

14. Person served (name): MARK ANTHONY APODACA

15. I personally delivered copies to the person served as follows:  Date: 11/18/  Time: 1304 HRS
    Address: 1948 COOLEY ROAD #D  EL CENTRO CA 92243

16. At the time of service I was at least 18 years of age and not a party to this cause.  ☒ I am a California sheriff or marshal.

17. My name, address, and telephone number are (this does not have to be the server's home telephone number or address):
    328 APPLESTILL ROAD  EL CENTRO CA, 92243

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/18/15

(TYPE OR PRINT NAME OF SERVER)    (SIGNATURE OF SERVER)

Form Adopted for Mandatory Use
Judicial Council of California
EPO-001 [Rev. January 1, 2004]
Approved by DOJ

**EMERGENCY PROTECTIVE ORDER (CLETS)**
(Domestic Violence, Child Abuse, Elder or Dependent
Adult Abuse, or Stalking (Workplace Violence, Civil Harassment))
ONE copy to court, ONE copy to restrained person, ONE copy to protected person, ONE copy to issuing agency

Family Code, § 6200 et seq.
Penal Code, § 646.91

American LegalNet, Inc.
www.USCourtForms.com

8

# IMPERIAL COUNTY SHERIFF'S OFFICE
## BOOKING APPLICATION

**PROPERTY BAG #:** _____

**ARRESTING AGENCY:** _____

**DATE OF ARREST:** _____

**TIME OF ARREST:** _____

**DATE AND TIME BOOKED:** _____

**BAIL $:** _____

**F.B.I.#:** _____

**C.I.I#:** _____

**ID NUMBER:** _____

**BOOKING NUMBER:** 962-647

**R-FILE NUMBER:** _____

**C.R. NUMBER:** _____

**DRIVERS LIC:** _____

**SOCIAL SECURITY:** 552-17-____

### PLEASE PRINT OR TYPE

| LAST | FIRST | MIDDLE | AKA |
|---|---|---|---|

| | 1st Case/Charge | 2nd Case/Charge | 3rd Case/Charge |
|---|---|---|---|
| **CODE SECTION:** | 368 (b)(1) | | |
| **DEFINITION:** | ELDER ABUSE | | |
| **WARRANT/CASE #:** | WEINER #116 | | |
| **COURT:** | EL CENTRO DEPUTY BELTRAN | | |

| | 4th Case/Charge | 5th Case/Charge | 6th Case/Charge |
|---|---|---|---|
| **CODE SECTION:** | | | |
| **DEFINITION:** | | | |
| **WARRANT/CASE #:** | X | | |
| **COURT:** | | | |

**LOCATION OF ARREST:** IMP D COUNTY

**LOCATION OF VEHICLE:** N/A

| D.O.B. | AGE | HEIGHT | WEIGHT | HAIR | EYES | RACE | SEX | MARITAL STATUS |
|---|---|---|---|---|---|---|---|---|
| | 46 | 5-9 | 210 | | | | M | Mar. ___ Sin. X Div. ___ Wid. ___ Sep. ___ |

**Place of Birth:** _____   **COUNTY** _____   **STATE** _____   **TIME LIVING IN U.S.A.** _____   **# OF DEPENDENTS** _____

**Scars, Marks, Tattoos: (Describe):** _____

**Residence Address:** _____   **City** _____   **State** _____   **How Long** _____   **Res. Telephone** _____

**Occupation:** _____   **Employer** _____   **Address** _____   **How Long** _____   **Telephone** _____

**In Case of Emergency Notify:** _____   **Relationship** _____   **Address** _____   **Telephone** _____

### WARRANTS CHECK

Date In: **LOCALS** ___ **DMV** ___ **WPS** ___ **NCIC** ___ **Initials:** ___

☐ **I.N.S. HOLD**

### FEDERAL INFORMATION

**Fed. ID #:** _____

**A:** _____

**Currency:** $ _____

**Circumstance of arrest:** ☐ D/V  ☐ Sexual  ☑ Violent

**Synopsis of arrest:** _____

### PLEASE PRINT CLEARLY!!

WEINER _____ 

**Arresting Officer**  |  **Transporting Officer**  |  **Intake Control**  |  **Booking Officer/Clerk (Entered in System)**

Distribution: Records-(White), Jail Investigator-(Blue), I.N.S/B.P.-(Green), Medical-(Canary), Inmate-(Pink), Arresting Agency-(Goldenrod)

2-12 Booking Application Revised 01/14 K R (6 Part)

**9**

**UNITED STATES POSTAL SERVICE**®

This envelope is made from post-consumer waste. Please recycle - again.

**UNITED STATES POSTAL SERVICE**

**Retail**

**P**

**US POSTAGE PAID**

**$7.95**

Origin: 92243
08/02/21
0523880243-08

**PRIORITY MAIL 2-DAY**®

0 Lb 7.00 Oz

**1006**

EXPECTED DELIVERY DAY: 08/05/21

SHIP TO:
San Diego CA 92101

**USPS TRACKING® #**

9505 5128 5869 1214 4376 54

P S00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

**FROM:**

**RECEIVED**

AUG 0 4 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

**TO:**

To schedule free
Package Pickup,
scan the QR code.

**USPS.COM/PICKUP**

**United States District Court**
Southern District Of California
Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
www.casd.uscourts.gov

* Domestic only.   * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.